# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-936   CBM(AJWx) | Date | Aug. 8, 2011 |
|---|---|---|---|
| Title | Rogel Aquino vs Skylight Care, Inc., et al | | |

| Present: The Honorable | CONSUELO B. MARSHALL |
|---|---|

| Joseph M. Levario | n/a | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:**     Minute Order-In Chambers

\_\_\_\_\_ Reopen Case (JS-5)

\_\_\_\_\_ Case should have been closed on _____.

\_\_x\_ Case settled but may be reopened if settlement is not consummated within \_60\_ days.

  x Other: Scheduling Conference is continued to Oct. 17, 2011 at 10:00 A.M.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | JL |